IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **PARITY NETWORKS, LLC** | § § § § | |
| **v.** | § § | CIVIL ACTION NO. 6:16-cv-1367-RWS-KNM |
| **ALCATEL-LUCENT USA, INC.** | § § | |

## FINAL JUDGMENT

The above-entitled action has come before the Court for consideration. A decision having been duly rendered,

**IT IS HEREBY ORDERED** that the complaint is **DISMISSED WITH PREJUDICE**.

Any motions by either party not yet ruled on are **DENIED**.

The Clerk of the Court is directed to close the case.

**So ORDERED and SIGNED this 7th day of September, 2017.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE